# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144146

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

P. J. KENNETH JEFFERSON,
      Defendant-Appellant.

SC: 144146
COA: 301833
Wayne CC: 95-002061-FC

_____/

      On order of the Court, the application for leave to appeal the October 5, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

h0618